AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

United States of America )
v. )
**Victor Gomez** ) Case No: **1:03CR00091-01T**
) USM No: **05358-070**
Date of Previous Judgment: **March 15, 2004** ) **Joseph J. Voccola, Esq.**
) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 70 months **is reduced to time served as of 6/27/2008** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | **27** | Amended Offense Level: | **25** |
| Criminal History Category: | **I** | Criminal History Category: | **I** |
| Previous Guideline Range: | **70** to **87** months | Amended Guideline Range: | **57** to **71** months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✔ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 3/15/2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/17/08

Ernest C. Torres
Judge's Signature

Effective Date: 6/27/2008
(If different from order date)

**Ernest C. Torres, Senior US District Court Judge**
Printed Name and Title